```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MLEA, INC., as Successor in     :   CIVIL ACTION
Interest to ENGINEERED GAS      :
SYSTEMS, LLP and MAINE LINE     :
ENGINEERING ASSOCIATES          :
                                :
     v.                         :
                                :
ATLANTIC RECYCLED RUBBER, INC.  :
RECOVERY TECHNOLOGIES GROUP,    :
INC., and CASELLA WASTE         :
SYSTEMS, INC.                   :   NO. 02-CV-4393
```

**REPORT OF PRELIMINARY PRETRIAL CONFERENCE**
**AND**
**SCHEDULING ORDER**

AND NOW, this 26th day of October, 2002, upon review of the pleadings filed to date and upon consideration of the matters discussed at a conference with counsel, the Court issues the following Scheduling Order to govern all further proceedings in this case:

1. All fact discovery, including requests for and responses thereto, shall be completed on or before **April 30, 2003**.

2. Plaintiff's Pretrial Memorandum shall be prepared in accordance with this Order and Local Rule of Civil Procedure 16.1(c) and it shall be filed on or before **August 11, 2003**.

3. Defendant's Pretrial Memorandum shall be prepared in accordance with this Order and Local Rule of Civil Procedure 16.1(c) and it shall be filed on or before **August 21, 2003**.

4. All dispositive motions must be filed no later than seven (7) days after the close of discovery.

5. In addition to the items requested in Subsections 1 to 7 of Local Rule of Civil Procedure 16.1(c), the Court directs the following:

    (a) A summary of the qualifications of each expert witness and a specific identification of each discovery item and exhibit to be offered for identification or admission into evidence.

    (b) A final pretrial conference will be held on **September 3, 2003** at **9:30 a.m.**. The case will be placed in the trial pool on **September 8, 2003**.

    (c) Pursuant to Local Rule of Civil Procedure 16.1(d)(3), the Court, of its own motion or at the request of one of the parties, may order further conferences to narrow the issues or explore settlement, but it will _not_ be necessary for counsel to prepare a proposed Pretrial Order in accordance with Local Rule of Civil Procedure 16.1(d)(2) unless specifically ordered by the Court.

    (d) The provisions of Local Rule of Civil Procedure 16.1(d)(4) will be applicable to these proceedings.

    (e) Failure to comply with the dates set forth above shall not be grounds for a continuance of the trial and such failure can result in the imposition of such sanctions as the

Court deems appropriate.

    (f) Because of the availability of the videotape recording equipment in the Federal Courthouse at minimal cost to counsel, requests for a continuance due to the absence of a medical or expert witness will not be favorably received by the Court.

    (g) Expert Reports - Refer to paragraph 6 of the Pretrial and Trial Procedures Before Judge James McGirr Kelly for procedures regarding expert reports.

6. _____

**\*July 31, 2003 - Discovery for experts shall be completed.**

**File reports - May 30, 2003 for experts.**

**June 30, 2003 for reply to above experts.**

BY THE COURT:

_____JAMES McGIRR KELLY, J.