IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MLEA, INC., as successor in interest to Engineered Gas Systems, LLP and Main Line Engineering Associates : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ATLANTIC RECYCLED RUBBER, INC. : <br> : <br> and : <br> : <br> RECOVERY TECHNOLOGIES GROUP, INC. : <br> : <br> and : <br> : <br> CASELLA WASTE SYSTEMS, INC. : <br> : <br> Defendants. : | CIVIL ACTION <br><br> NO. 02 CV 4393 <br><br> The Honorable James McGirr Kelly |

**STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES**

Plaintiff, MLEA, Inc., and defendants, Atlantic Recycled Rubber, Inc. ("ARR"), Recovery Technologies Group, Inc. ("RTG") and Casella Waste Systems, Inc. ("Casella"), file this Stipulation for Extension of Pretrial Deadlines, and in support thereof, state as follows:

1.      Plaintiff commenced this action with the filing of a Complaint on July 2, 2002. On September 19, 2002, defendants RTG and ARR answered plaintiff's Complaint and asserted a counterclaim.  On September 19, 2002, defendant Casella answered plaintiff's Complaint.

2.      Plaintiff's Complaint asserts claims for a breach of contract, promissory estoppel and unjust enrichment and seeks damages in excess of one million dollars ($1,000,000).

3.      Prior to incurring the costs associated with discovery, the parties attempted in good faith to resolve the disputes between them.  The parties met in November for settlement

discussions. When these discussions were unsuccessful, the parties agreed to participate in mediation. On March 14, 2003, the parties participated in mediation before the Honorable Louis C. Bechtle through ADR Options, Inc.

    4.    Pending the outcome of mediation, the parties agreed to hold off taking discovery. While mediation was unsuccessful, the parties remain hopeful that this matter can be resolved amicably.

    5.    The parties agree that an extension of time is necessary to allow the parties to proceed with orderly discovery. Discovery in this action will include many third-party depositions.

    6.    This request is the parties' first request to extend the pretrial deadlines.

    7.    Accordingly, the parties request that the Court extend the pretrial deadlines for ninety (90) days, to allow the parties to complete discovery.

**WHEREFORE**, plaintiff, MLEA, Inc., and defendants, Atlantic Recycled Rubber, Inc., Recovery Technologies Group, Inc. and Casella Waste Systems, Inc. file this Stipulation seeking an extension of the pretrial deadlines for ninety (90) days.

| PEPPER HAMILTON LLP | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
|---|---|
| By:_____<br>   Philip J. Katauskas, Esquire<br>   Attorney I.D. No. 26762<br>   3000 Two Logan Square<br>   18th & Arch Streets<br>   Philadelphia, PA  19103-2799<br>   (215) 981-4314<br>   Attorney for Plaintiff MLEA, Inc. | By:_____<br>   Heather E. Rennie, Esquire<br>   Attorney I.D. No. 69715<br>   1515 Market Street, 9th Floor<br>   Philadelphia, PA  19102<br>   (215) 851-8400<br>   Attorney for Defendants Atlantic<br>    Recycled Rubber, Inc. and Recovery<br>    Technologies Group, Inc. |

                    BUCHANAN INGERSOLL, P.C.

By:_____
    Antoinette R. Stone, Esquire
    Attorney I.D. No. 23464
    Brian J. McCormick, Jr., Esquire
    Attorney I.D. No. 81437
    Eleven Penn Center, 14th Floor
    1835 Market Street
    Philadelphia, PA 19103-2985
    (215) 665-8700
    Attorneys for Defendant Casella
     Waste Systems, Inc.

Dated: March __, 2003

## **CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of March, 2003 a true and correct copy of the foregoing Stipulation for Extension of Pretrial Deadlines was served via U.S. Mail, first class, postage prepaid, upon the following counsel of record:

    Philip J. Katauskas, Esquire
    Pepper Hamilton LLP
    3000 Two Logan Square
    18th and Arch Streets
    Philadelphia, PA  19103-2799

    Attorney for Plaintiff MLEA, Inc.


    Antoinette R. Stone, Esquire
    Brian J. McCormick, Jr., Esquire
    Buchanan Ingersoll, P.C.
    Eleven Penn Center, 14th Floor
    1835 Market Street
    Philadelphia, PA  19103-2985

    Attorneys for Defendant Casella Waste Systems, Inc.


    _____
    Heather E. Rennie

M0402293

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MLEA, INC., as successor in interest to Engineered Gas Systems, LLP and Main Line Engineering Associates | : : : : | CIVIL ACTION<br><br>NO. 02 CV 4393 |
| Plaintiff, | : : | |
| | : | The Honorable James McGirr Kelly |
| v. | : : | |
| ATLANTIC RECYCLED RUBBER, INC. | : : | |
| and | : : | |
| RECOVERY TECHNOLOGIES GROUP, INC. | : : : | |
| and | : : | |
| CASELLA WASTE SYSTEMS, INC. | : : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, on this _____ day of March, 2003, and upon consideration of the Stipulation for Extension of Pretrial Deadlines, it is hereby **ORDERED** that said Stipulation is Approved.

It is **FURTHER ORDERED** that the deadlines in the Report of Preliminary Pretrial Conference and Scheduling Order dated October 26, 2002 are amended as follows:

1.   All fact discovery, including requests for and responses thereto, shall be completed on or before July 29, 2003.

2.   Plaintiff's Pretrial Memorandum shall be prepared in accordance with this Order and Local Rule of Civil Procedure 16.1(c) and it shall be filed on or before November 10, 2003.

      3.      Defendant's Pretrial Memorandum shall be prepared in accordance with this Order and Local Rule of Civil Procedure 16.1(c) and it shall be filed on or before November 19, 2003.

      4.      All dispositive motions must be filed no later than seven (7) days after the close of discovery.

      5.      In addition to the items requested in Subsections 1 to 7 of Local Rule of Civil Procedure 16.1(c), the Court directs the following:

      (a)      A summary of the qualifications of each expert witness and a specific identification of each discovery item and exhibit to be offered for identification or admission into evidence.

      (b)      A final pretrial conference will be held on _____ at _____. The case will be placed in the trial pool on _____.

      6.      Expert discovery shall be completed by October 29, 2003. Expert reports shall be filed by August 28, 2003 and reply expert reports shall be filed by September 28, 2003.

      _____
      J.