IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MLEA, INC., | : | |
| | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.  02-CV-4393 |
| | : | |
| ATLANTIC RECYCLED RUBBER | : | |
| INC., RECOVERY TECHNOLOGIES | : | |
| GROUP INC., AND CASELLA | : | |
| WASTE SYSTEMS, INC. | : | |
| | : | |
| **Defendants.** | : | |

## JOINT STIPULATION TO PERMIT AMENDMENT
## OF DEFENDANTS' RESPECTIVE ANSWERS AND AFFIRMATIVE DEFENSES

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties to this action, through their undersigned attorneys, that defendants Casella Waste Systems, Inc. ("Casella") and defendants Atlantic Recycled Rubber, Inc. and Recovery Technologies Group, Inc. (collectively, "RTG") may amend their respective Answers and Affirmative Defenses to assert an additional Affirmative Defense, as set forth in Exhibits "A" and "B", respectively.  The parties further **STIPULATE** and **AGREE** as follows:

1.       The deadlines set forth in the Court's Scheduling Order dated October 26, 2002, as amended on July 9, 2003 and September 10, 2003, will remain in full force and effect;

2.       Plaintiff MLEA has already stated that it will deny the new Affirmative Defense being asserted by Casella and RTG;

3.       Plaintiff MLEA reserves all rights to move to dismiss or otherwise challenge the allegations in the new Affirmative Defense; and

-2-

4. Upon the Court's signing of this Stipulation, defendants Casella and RTG agree that they will file their respective Amended Answers within one business day of receiving notice of the Court's signing this Stipulation.

Respectfully submitted,

| PEPPER HAMILTON LLP | ECKERT SEAMANS CHERIN & MELLOT, LLC |
|---|---|
| By:_____<br>Dated: _____<br>　Philip J. Katauskas, Esquire<br>　3000 Two Logan Square<br>　18th & Arch Streets<br>　Philadelphia, PA  19103-2799<br>　(215) 981-4314<br>　Attorney for Plaintiff MLEA, Inc. | By:_____<br>Dated: _____<br>　John F. O'Riordan, Esquire<br>　Heather E. Rennie, Esquire<br>　1515 Market Street, 9th Floor<br>　Philadelphia, PA  19102<br>　(215) 851-8400<br>　Attorney for Defendants Atlantic Recycled Rubber, Inc. and Recovery Technologies Group, Inc. |

BUCHANAN INGERSOLL PC

By:_____
Dated: _____
　Brian J. McCormick, Jr., Esquire
　1835 Market Street, 14th Floor
　Philadelphia, PA  19103-2985
　(215) 665-8700
　Attorneys for Defendant Casella Waste
　　Systems, Inc.

APPROVED AND SO ORDERED BY THE COURT:

DATED: _____   _____
　　　　　　　　　　　　　　　　　　　　　James McGirr Kelly, J.

**CERTIFICATE OF SERVICE**

I, Brian J. McCormick, Jr., hereby certify that on November __, 2003, I caused to be served a true and correct copy of the foregoing Stipulation via first-class mail upon the following:

Philip J. Katauskas
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799

Heather E. Rennie
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, Ninth Floor
Philadelphia, PA 19102

_____
Brian J. McCormick, Jr.