IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MLEA, INC. | : | Date of |
| | : | Notice: January 5, 2004 |
| Plaintiff | : | |
| | : | Civil Action |
| vs. | : | No. 02-4393 |
| | : | |
| ATLANTIC RECYCLED RUBBER, INC. et al | : | |
| | : | |
| Defendants | : | |

## NOTICE

      **TAKE NOTICE** that the above-entitled case has been set for a **Status Conference** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on <u>Wednesday, January 21, 2004 at 10:30 a.m.</u> before the Honorable <u>James McGirr Kelly</u>, in chambers <u>Room 4006</u>.

      **ALL PARTIES ARE DIRECTED TO REPORT TO THE CHAMBERS ON THE DATE AND TIME STATED ABOVE.**

      Very truly yours,

      Sharon A. Hall
      Deputy Clerk to Judge James McGirr Kelly
      (267) 299-7569

**[]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM**

Notice to:    Philip J. Katauskas, Esquire
                Heather E. Rennie, Esquire
                John F. O'Riordan, Esquire
                Antionette R. Stone, Esquire
                Brian J. McCormick, Jr., Esquire