IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MLEA, INC., as Successor in Interest to ENGINEERED GAS SYSTEMS, LLP and MAINE LINE ENGINEERING ASSOCIATES, Plaintiff, | : : : : : : | CIVIL ACTION |
| v. | : : | |
| ATLANTIC RECYCLED RUBBER, INC., RECOVERY TECHNOLOGIES GROUP, INC., and CASELLA WASTE SYSTEMS, INC., Defendants. | : : : : : | NO. 02-CV-4393 |

**O R D E R**

**AND NOW**, this 21st day of January 2004, in view of the matters discussed by the parties in conference this date with the Court, it is **ORDERED**:

1. Plaintiff's Pretrial Memorandum is due February 10, 2004.

2. Defendants' Pretrial Memorandum is due February 18, 2004.

3. Discovery shall close on January 30, 2004.

4. All dispositive motions shall be filed on or before February 10, 2004.

BY THE COURT:

_____

JAMES McGIRR KELLY, J.