**DEFENDANTS' EXHIBIT LIST**

| EXH. NO. | DESCRIPTION |
|---|---|
| D-1 | September 13, 2000 letter from Anderson to Messer AGS |
| D-2 | September 13, 2000 letter from Timberlake to Anderson |
| D-3 | September 27, 2001 Messer Proposal |
| D-4 | October 2, 2000 Request for Proposal from Anderson to Messer |
| D-5 | October 7, 2001 Messer Proposal |
| D-6 | Messer Cost Sheets October 7, 2000 (bates RTG 00001-00002) |
| D-7 | October 26, 2000 letter from Timberlake to Meckert |
| D-8 | November 15, 2000 Messer Proposal |
| D-9 | November 17, 2000 letter from Timberlake to Meckert |
| D-10 | November 20, 2000 letter from Messer to Meckert |
| D-11 | November 21, 2000 letter from Messer to Meckert |
| D-12 | December 1, 2000 letter from Benison to Messer transmitting Purchase Order 715258 |
| D-13 | December 6, 2000 fax from Timberlake to Meckert |
| D-14 | December 6, 2000 letter from Meckert to Messer |
| D-15 | December 7, 2000 letter from Timberlake to Meckert |
| D-16 | December 12, 2000 fax cover sheet with attached December 11, 2000 letter from Messer to Meckert |
| D-17 | December 12, 2000 letter from Benison Messer transmitting Purchase Orders 715260 and 715261 |
| D-18 | January 15, 2001 letter among DelGaizo, Smith and Alewijnse |
| D-19 | January 15, 2001 MG Generon Distributor Agreement |
| D-20 | January 17, 2001 faxed memo from Riordan to Benison |
| D-21 | January 18, 2001 letter from Benison to Timberlake transmitting Purchase Orders 715260 and 715261 |
| D-22 | January 19, 2001 letter from Benison, DelGaizo, Alewijnse and Smith to Meckert |
| D-23 | January 22, 2001 EGS Purchase Order EGS0100001 with attachments |
| D-24 | January 22, 2001 EGS Purchase Order EGS0100002 with attachments |
| D-25 | January 22, 2001 EGS Purchase Order EGS0100003 with attachments |
| D-26 | January 22, 2001 EGS Purchase Order EGS0100004 with attachments |
| D-27 | January 23, 2001 EGS Purchase Order EGS0100005 with attachments |
| D-28 | January 23, 2001 EGS Purchase Order EGS0100005 Addendum 1 with attachments |

| EXH. NO. | DESCRIPTION |
|---|---|
| D-29 | January 24, 2001 EGS Purchase Order EGS0100006 with attachments |
| D-30 | January 25, 2001 EGS Purchase Order EGS0100007 with attachments |
| D-31 | January 30, 2001 EGS Purchase Order EGS0100008 with attachments |
| D-32 | January 30, 2001 EGS Purchase Order EGS0100010 with attachments |
| D-33 | January 25, 2001 Invoice from EGS to ARR |
| D-34 | January 30, 2001 Invoice from EGS to ARR |
| D-35 | February 2, 2001 EGS Purchase Order EGS100009 with attachments |
| D-36 | February 2, 2001 EGS Purchase Order EGS100010 Addendum 1 with attachments |
| D-37 | February 12, 2001 letter from Messer to Menendez regarding purchase order EGS0100008 |
| D-38 | February 14, 2001 EGS Purchase Order EGS100013 with attachments |
| D-39 | February 19, 2001 EGS Purchase Order EGS100014 with attachments |
| D-40 | February 21, 2001 EGS Purchase Order EGS100016 with attachments |
| D-41 | February 21, 2001 EGS Purchase Order EGS1000017 with attachments |
| D-42 | February 27, 2001 letter from Timberlake to Kelley |
| D-43 | February 27, 2001 EGS Purchase Order EGS 100017-1 with attachments |
| D-44 | Check #0020450 from Recovery Technologies (Canada) made payable to EGS in the amount of $100,750.00 with EGS Invoice and Messer Invoice attached |
| D-45 | March 1, 2001 EGS Purchase Order EGS10009-1 with attachments |
| D-46 | March 12, 2001 e-mail from Timberlake to Kelly attaching March 12, 2001 letter from Timberlake to Kelley |
| D-47 | March 13, 2001 EGS Purchase Order EGS100022 with attachments |
| D-48 | March 21, 2001 e-mail from Timberlake to Sergi, Trollinger, Kelley, Menendez, Michael and attached Sales Contract |
| D-49 | March 23, 2001 Memo from Riordan to Sergi, Pirasteh, Meckert, Anderson, Benison and Kelley |
| D-50 | March 26, 2001 fax from Petrie to Kelley |
| D-51 | April 6, 2001 letter from Timberlake to Kelley |
| D-52 | April 9, 2001 Letter from DelGaizo to Smith |

| EXH. NO. | DESCRIPTION |
|---|---|
| D-53 | April 10, 2001 letter from Timberlake to Kelley |
| D-54 | April 10, 2001 letter from Timberlake to Kelley |
| D-55 | April 13, 2001 letter from Timberlake to Kelley |
| D-56 | April 16, 2001 letter from Menendez to Kelley |
| D-57 | April 18, 2001 letter from DelGazio to Kelley |
| D-58 | April 20, 2001 letter from Messer to DelGaizo |
| D-59 | April 27, 2001 letter from Menendez to Barry Smith |
| D-60 | June 12, 2001 letter from DelGaizo attaching EGS-CONT-01-10A Contract |
| D-61 | August 31, 2001 e-mail from Timberlake to Wetzel |
| D-62 | August 31, 2001 e-mail from Anderson to Timberlake |
| D-63 | August 31, 2001 Promissory Note |
| D-64 | August 31, 2001 Security Agreement |
| D-65 | September 7, 2001 Fax transmittal from DelGazio to Meckert |
| D-66 | September 7, 2001 Promissory Note |
| D-67 | September 7, 2001 Security Agreement |
| D-68 | September 14, 2001 letter from Timberlake to Meckert |
| D-69 | September 17, 2001 e-mail from Timberlake to Wetzel |
| D-70 | September 18, 2001 fax/e-mail from Timberlake to Wetzel |
| D-71 | September 20, 2001 fax/e-mail from Wetzel to Timberlake |
| D-72 | September 20, 2001 letter from Timberlake to Wetzel |
| D-73 | October 11, 2001 e-mail from Timberlake to DelGazio |
| D-74 | Various Invoices from MLEA re engineering services |
| D-75 | November 8, 2001 letter from Timberlake to Anderson |
| D-76 | Various e-mails from 2000 through January 2001 regarding Truro Project Produced By Generon IGS, Inc. in Chester County Action |
| D-77 | Casella Waste Systems, Inc. Organizational Charts for 1999-2002 |
| D-78 | Plaintiff MLEA's Self-Executing Disclosure Statement dated October 25, 2002 |
| D-79 | Defendant Casella Waste Systems, Inc.'s Self-Executing Disclosure Statement dated October 25, 2002 |
| D-80 | Officer Listing for RTG |
| D-81 | Consolidated Financial Statements for RTG for Period 9/7/01 through 3/31/02 |
| D-82 | Articles of Amalgamation for Recovery Technologies (Canada), Inc. (bates RTG 00827 – RTG 00837) |
| D-83 | By-Law No. 1 for Recovery Technologies (Canada), Inc. (bates RTG 00838 – RTG 00854) |
| D-84 | Organizational Resolutions of the Shareholder of Recovery |

| EXH. NO. | DESCRIPTION |
|---|---|
|  | Technologies (Canada), Inc. (bates RTG 00855- RTG 00867) |
| D-85 | Recovery Technologies (Canada), Inc. Shareholders' Ledger (bates label RTG 00868 – RTG 00871) |
| D-86 | Recovery Technologies Group, Inc. Share Certificates (bates label RTG 00872 – RTG 00874) |
| D-87 | Certificate of Incorporation of RTI Collection Services, Inc. (bates label RTG 00876-RTG 00880) |
| D-88 | Certificate of Amendment of Certificate of Incorporation for RTG (bates label RTG 00881) |
| D-89 | By-Laws of RTI Collection Services, Inc. (bates label RTG 00889 – RTG 00901) |
| D-90 | RTI Collection Services, Inc. Meeting of the Board of Directors dated July 11, 2000 (bates label RTG 00902 – RTG 00903) |
| D-91 | Unanimous Consent of the Directors of RTG dated January 28, 2002 (bates label RTG 00904) |
| D-92 | Unanimous Consent of the Directors of RTG dated April 30, 2002 (bates label 00906) |
| D-93 | Certificate of Resolution to Borrow (bates label RTG 00908 – RTG 00909 and RTG 00911 – RTG 00912) |
| D-94 | Unanimous Consent of the Directors of RTG dated July 17, 2002 (bates label 00910) |
| D-95 | Financial Statements for ARR dated March 31, 2002 |
| D-96 | ARR Balance Sheet as of 06/09/2001 and Comparative Income Statement |
| D-97 | ARR Balance Sheet as of 4/30/2001 and Comparative Income Statement |
| D-98 | Atlantic Trucking & Lime Spreading Limited Financial Statements dated June 7, 2000 |
| D-99 | Atlantic Trucking & Lime Spreading Limited Financial Statements Year Ended December 31, 1999 |
| D-100 | In the Matter of The Companies Act Memorandum of Association for Atlantic Trucking & Lime Spreading Limited dated November 25, 1993 |
| D-101 | Certificate of Name Change for Atlantic Trucking & Lime Spreading Limited dated June 29, 2000 |
| D-102 | Certificate of Registration for Atlantic Recycled Rubber dated January 17, 1996 |
| D-103 | Certificate of Incorporation for Atlantic Trucking & Lime Spreading Limited dated November 26, 1993 |
| D-104 | Certificate of Registration for Atlantic Trucking & Lime Spreading Limited dated November 26, 1993 |
| D-105 | Special Resolution of The Sole Shareholder of Atlantic Trucking & Lime Spreading Limited |

| EXH. NO. | DESCRIPTION |
|---|---|
| D-106 | Share Transfer Register for ARR |
| D-107 | Shareholders' Register for ARR |
| D-108 | Directors' Register for ARR |
| D-109 | Officers' Register for ARR |
| D-110 | Shareholders' Ledgers for ARR |
| D-111 | Resolutions of the Director of Atlantic Trucking & Lime Spreading Limited dated November 26, 1993 |
| D-112 | Resolution of the Director of Atlantic Trucking & Lime Spreading Limited dated June 8, 2000 |
| D-113 | Special Resolution of the Sole Shareholder of Atlantic Trucking & Lime Spreading Limited dated June 8, 2000 |
| D-114 | Special Resolution of the Sole Shareholder of Atlantic Trucking & Lime Spreading Limited dated June 8, 2000 |
| D-115 | Resolution of the Director of Atlantic Trucking & Lime Spreading Limited dated June 8, 2000 |
| D-116 | Resignation of Steven Benison dated June 8, 2000 |
| D-117 | Atlantic Trucking & Lime Spreading Limited Director's Resolution dated June 8, 2000 |
| D-118 | Atlantic Trucking & Lime Spreading Limited Directors' Resolution Authorizing Purchase of Assets from Nova Tire Recyclers Ltd. |
| D-119 | Atlantic Trucking & Lime Spreading Limited Shareholders' Resolution dated June 8, 2000 |
| D-120 | Atlantic Trucking & Lime Spreading Limited Shareholders' Resolution dated June 8, 2000 |
| D-121 | Agreement between Resource Recovery Fund Board, Incorporated and Atlantic Trucking & Lime Spreading Limited dated June 9, 2000 |
| D-122 | Consolidated Financial Statements for Recovery Technologies (Canada) Inc. dated March 31, 2003 |
| D-123 | Financial Statements for Recovery Technologies (Canada) dated March 31, 2003 |
| D-124 | Financial Statements for Atlantic Recycled Rubber, Inc. dated March 31, 2003 |
| D-125 | KTI Recycling of Canada, Inc. Balance Sheet and Income Statement as of December 31, 1998 |
| D-126 | KTI Recycling of Canada, Inc. Balance Sheet and Income Statement as of December 14, 1999 |
| D-127 | KTI Recycling of Canada, Inc. Balance Sheet and Income Statement as of April 30, 2000 |
| D-128 | Recovery Technologies (Canada) Inc. Balance Sheet and Income Statement as of April 30, 2001 |
| D-129 | Recovery Technologies (Canada) Inc. Balance Sheet and |

| EXH. NO. | DESCRIPTION |
|---|---|
|  | Income Statement as of September 6, 2001 |
| D-130 | Financial Statemeents for Recovery Technologies (Canada) Inc. as of March 31, 2002 |
| D-131 | KTI Recycling of Canada Inc. Acquisition of Atlantic Trucking And Lime Spreading Limited dated June 8, 2000 Closing Book |
| D-132 | Employment Agreement dated June 8, 2000 between Atlantic Trucking & Lime Spreading, Limited and Steve Benison |
| D-133 | Atlantic Trucking and Lime Spreading Limited Purchase of Assets of  Nova Tire Recyclers Ltd. dated June 9, 2000 (Closing Book) |
| D-134 | Trial Transcript from *Generon IGS, Inc. v. Engineered Gas Systems, LLP, et al.*, CCP Chester Cty. No. 02-00973 |

M0447347.DOC

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.