IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MLEA, INC., as successor in interest to Engineered Gas Systems, LLP and Main Line Engineering Associates,<br><br>        Plaintiff,<br><br>v.<br><br>ATLANTIC RECYCLED RUBBER INC. and RECOVERY TECHNOLOGIES GROUP INC. and CASELLA WASTE SYSTEMS, INC.,<br><br>        Defendants. | CIVIL ACTION<br><br>NO. 02 CV 4393 |

## STIPULATION

Counsel for the parties hereby stipulate that Plaintiff may have until March 15, 2004 to respond to Defendants' Motions for Summary Judgment.

_____
Philip J. Katauskas, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
(215) 981-4314
Attorneys for Plaintiff
MLEA, Inc.

_____
Brian J. McCormick, Jr., Esquire
Buchanan Ingersoll, PC
Eleven Penn Center, 14th Floor
1835 Market Street
Philadelphia, PA  19103-2985
(215) 851-8400
Attorneys for Defendant
Casella Waste Systems, Inc.

_____
John F. O'Riordan, Esquire
Heather E. Rennie, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, Ninth Floor
Philadelphia, PA  19102
(215) 665-8700
Attorneys for Defendants
Atlantic Recycled Rubber Inc. and
Recovery Technologies Group, Inc.

Approved:

_____
James McGirr Kelly, D.J.