IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MLEA, INC., as successor in interest to Engineered Gas Systems, LLP and Main Line Engineering Associates,<br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ATLANTIC RECYCLED RUBBER INC. and RECOVERY TECHNOLOGIES GROUP INC. and CASELLA WASTE SYSTEMS, INC.,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 02 CV 4393 |

## SUPPLEMENTAL SUGGESTION OF BANKRUPTCY

It is hereby suggested that MLEA, Inc., the Plaintiff in the above-captioned action, has filed for Bankruptcy under Chapter 11 of the Bankruptcy Code on March 12, 2004, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, In Re: MLEA, Inc. Bankruptcy No. 04-1357 DWS. Further action in this matter should be suspended or stayed until further directed by Order of Court.

Philip J. Katauskas, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
(215) 981-4314
Attorneys for Plaintiff
MLEA, Inc.

## CERTIFICATE OF SERVICE

I, Philip J. Katauskas, hereby certify that on March 15, 2004 a true and correct copy of the foregoing Supplemental Suggestion of Bankruptcy was served via hand delivery upon the following:

>John F. O'Riordan, Esquire
>Eckert Seamans Cherin & Mellott, LLC
>1515 Market Street, Ninth Floor
>Philadelphia, PA 19102
>(215) 665-8700
>Attorneys for Defendants
>Atlantic Recycled Rubber Inc. and
>Recovery Technologies Group, Inc.
>
>Brian J. McCormick, Jr., Esquire
>Buchanan Ingersoll, PC
>Eleven Penn Center, 14th Floor
>1835 Market Street
>Philadelphia, PA 19103-2985
>(215) 851-8400
>Attorneys for Defendant
>Casella Waste Systems, Inc.

_____
Philip J. Katauskas, Esquire