IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MLEA, INC., as Successor in Interest to ENGINEERED GAS SYSTEMS, LLP and MAINE LINE ENGINEERING ASSOCIATES | : : : : : | CIVIL ACTION |
| v. | : : | |
| ATLANTIC RECYCLED RUBBER, INC. RECOVERY TECHNOLOGIES GROUP, INC., and CASELLA WASTE SYSTEMS, INC. | : : : : | NO. 02-CV-4393 |

## **O R D E R**

AND NOW, this 15th day of March, 2004, the Court, having received a Suggestion of Bankruptcy from the plaintiff's counsel stating that Bankruptcy was filed on March 12, 2004, on behalf of the plaintiff, enters the following Order:

1. This matter is STAYED until further Order of the Court.

2. Counsel for the plaintiff shall advise the Court every 90 days as to the status of this bankruptcy proceeding.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.