IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MLEA, INC., as successor in interest to Engineered Gas Systems, LLP and Main Line Engineering Associates <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC RECYCLED RUBBER, INC. <br> and <br> RECOVERY TECHNOLOGIES GROUP, INC. <br> and <br> CASELLA WASTE SYSTEMS, INC. <br><br> Defendants. | CIVIL ACTION <br><br> NO. 02 CV 4393 <br><br> The Honorable James McGirr Kelly |

## STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Plaintiff, MLEA, Inc., and defendants, Atlantic Recycled Rubber, Inc. ("ARR"), Recovery Technologies Group, Inc. ("RTG") hereby stipulate and agree that the time in which ARR and RTG may file their replies to Plaintiff's Response to ARR's and RTG's Motions for Summary Judgment is extended until November 8, 2004.

PEPPER HAMILTON LLP

By: _____
Philip J. Katauskas, Esquire
Attorney I.D. No. 26762
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4314
Attorney for Plaintiff MLEA, Inc.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
John R. O'Riordan, Esquire
Attorney I.D. No. 59311
1515 Market Street, 9th Floor
Philadelphia, PA 19102
(215) 851-8400
Attorney for Defendants Atlantic Recycled Rubber, Inc. and Recovery Technologies Group, Inc.

Dated: October 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2004 a true and correct copy of the foregoing Stipulation for Extension was served via U.S. Mail, first class, postage prepaid, upon the following counsel of record:

>Philip J. Katauskas, Esquire
>Pepper Hamilton LLP
>3000 Two Logan Square
>18th and Arch Streets
>Philadelphia, PA  19103-2799
>
>Attorney for Plaintiff MLEA, Inc.
>
>
>Antoinette R. Stone, Esquire
>Brian J. McCormick, Jr., Esquire
>Buchanan Ingersoll, P.C.
>Eleven Penn Center, 14th Floor
>1835 Market Street
>Philadelphia, PA  19103-2985
>
>Attorneys for Defendant Casella Waste Systems, Inc.

_____
John F. O'Riordan