**EXHIBIT 1**

```
 1          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
 3
 4   MLEA, INC.,                  CIVIL ACTION
 5      Plaintiff
 6
        vs.
 7
 8   ATLANTIC RECYCLED RUBBER
     INC., RECOVERY TECHNOLOGIES
 9   GROUP INC., AND CASELLA
     WASTE SYSTEMS, INC.,
10
        Defendants         NO. 02-CV-4393
11
12
13
14          Telephonic Deposition of
15   STEVEN JOHN DAVID BENISON, taken at
16   the law offices of Pepper Hamilton
17   LLP, 3000 Two Logan Square, 18th and
18   Arch Streets, Philadelphia,
19   Pennsylvania, on Tuesday, October 14,
20   2003, commencing at 9:38 a.m., before
21   John M. Colasante, a Registered
22   Professional Reporter and Notary
23   Public.
24
```

TELEPHONIC DEPOSITION OF STEVEN BENISON, 10-14-03

Page 2

```
 1   APPEARANCES:
 2   PHILLIP J. KATAUSKAS, ESQUIRE
         katauskasp@pepperlaw.com
 3       PEPPER HAMILTON LLP
         3000 Two Logan Square
 4       18th & Arch Streets
         Philadelphia, Pennsylvania  19103
 5       215-981-4000
         Counsel for Plaintiff
 6
     JOHN F. O'RIORDAN, ESQUIRE
 7       jfo@escm.com
         ECKERT SEAMANS CHERIN & MELLOTT,
 8       LLC
         1515 Market Street, 9th Floor
 9       Philadelphia, Pennsylvania  19102
         215-575-6000
10       Counsel for Defendants Atlantic
         Recycled Rubber Inc. and Recovery
11       Technologies Group Inc.
12   BRIAN J. McCORMICK, JR., ESQUIRE
         mcormickbj@bipc.com
13       BUCHANAN INGERSOLL
         Eleven Penn Center, 14th Floor
14       1835 Market Street
         Philadelphia, Pennsylvania 19103
15       215-665-3957
         Counsel for Defendant
16       Casella Waste Systems, Inc.
17   (By phone)
     BRIAN W. STILWELL, ESQUIRE
18       BURCHELL MacDOUGALL
         710 Prince Street
19       Truro, Nova Scotia, Canada B2N SH1
         902-895-1561
20       Counsel for Non-Party Steve
         Benison
21
22
23
24
```

1   A.   Yes, in Nova Scotia.
2   Q.   What was the name of your
3   business?
4   A.   Benison's Garage.
5   Q.   And what was the nature of
6   that business?
7   A.   Automotive repair.
8   Q.   How long did you remain in
9   that business?
10  A.   Well, I held on to that
11  business for 22 years, but I -- in
12  the -- in that time slot I also
13  started several other businesses as
14  well that are -- that were still
15  running at that time.
16  Q.   What other businesses did
17  you start in that same time?
18  A.   A limestone operation, a
19  limestone spreading surface
20  operation, a trucking operation.  And
21  in 1994, I started Atlantic Recycled
22  Rubber.
23  Q.   What was the name of the
24  limestone spreading company?

Page 8

1   A.   Atlantic Lime Spreading.
2   Q.   And the trucking operation,
3   what was that name?
4   A.   Atlantic Trucking.
5   Q.   And in 1994 you said you
6   started --
7   A.   Atlantic Recycled Rubber.
8   Q.   Was that started as a
9   corporation?
10  A.   No.  It was incorporated
11  in -- two years later.
12  Q.   In 1996, right?
13  A.   Yes.
14  Q.   And was that a publicly or
15  privately owned company?
16  A.   Private.
17  Q.   Who were the shareholders,
18  if you remember?
19  A.   Myself.
20  Q.   Just you?
21  A.   Just myself, yes.
22  Q.   Who were the officers?
23  A.   There wasn't any officers,
24  other than my accountant -- or my

1  letter before today?
2      A.   Yes, I've seen it.
3      Q.   But you don't know who
4  signed it on your behalf?
5      A.   I don't know.
6      Q.   You were speaking earlier
7  about the corporate structure
8  regarding RTG group and so on.  I
9  just want to go back over that for a
10 second.
11          The way I understand it is,
12 you explained ARR was the subsidiary
13 of Recovery Technologies Incorporated
14 Canada, which was a subsidiary of
15 Recovery Technologies Group.  Is that
16 correct?
17     A.   Yes.
18     Q.   Where does KTI of Canada
19 fit in there?  KTI recycling of
20 Canada, I'm sorry.
21     A.   I'm not positive where it
22 fits in.  It was -- Marty Sergi's
23 company was KTI, and he then was
24 merged with Casella.  And Marty Sergi

1   had purchased a tire recycling
2   operation in Canada, which was
3   Recovery Technologies Inc., in
4   Cambridge. That's how the connection
5   is there.
6           Now, what part of KTI still
7   existed after its merger with
8   Casella, I'm not aware of.
9       Q.   Was your company, Atlantic
10  Trucking and Lime Spreading Limited,
11  purchased by KTI Recycling of Canada
12  Incorporated?
13      A.   This is the name on the
14  document, yes.
15      Q.   But you didn't know that
16  until today?
17      A.   Well, KTI didn't mean
18  anything to me. It was Recovery
19  Technologies Group that I was
20  basically dealing with.
21      Q.   During Mr. Katauskas'
22  questions, he asked you if, besides
23  yourself and George Timberlake, if
24  any other person was looking for

Page 139

1  this is Phil Katauskas, take a look
2  at Exhibit 9.
3      A.   Yes.
4      Q.   That's the letter of
5  January 18, 2001 where you direct
6  that the equipment on those two
7  purchase orders be delivered as soon
8  as possible, right?
9      A.   This is true, yes.
10     Q.   Now, we noted that you were
11 already well into that 20-to-24-week
12 schedule that Recovery Technologies
13 was hoping for in September of 2000,
14 right?
15     A.   Yes.
16     Q.   You didn't expect Messer or
17 EGS, did you, or any vendor, to
18 deliver equipment to the site as soon
19 as possible, with no expectation of
20 getting paid if a lease was never
21 signed, right?
22     A.   No, that's correct.  That's
23 correct.  We obviously realized we
24 had to have a signed deal before

1  anybody was going to release that
2  equipment.
3      Q.   So when you signed the
4  exhibit that is Benison Number 10 a
5  day later, it was still your
6  expectation that the equipment would
7  be delivered as soon as possible,
8  right?
9      A.   Yes.
10     Q.   The January 19th letter
11 doesn't, in your mind, countermand
12 your January 18th letter, does it?
13     A.   No.  We needed the, we
14 needed the product.  We had to get
15 this plant either up and running as
16 quickly as possible, and time was of
17 a factor.  Like I say, paying 17
18 cents a pounds for liquid nitrogen
19 was just not profitable at all.
20         MR. KATAUSKAS:  I have no
21 further questions.  Thank you.
22         MR. O'RIORDAN:  Thanks very
23 much, sir.
24                EXAMINATION