**EXHIBIT 2**

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
 3
 4
 5
 6   MLEA, INC.,              CIVIL ACTION
 7        Plaintiff
 8      vs.
 9   ATLANTIC RECYCLED
     RUBBER INC.,
10   RECOVERY TECHNOLOGIES
     GROUP INC., AND CASELLA
11   WASTE SYSTEMS, INC.,
12        Defendants         NO. 02-CV-4393
13
14           Telephone deposition of
15   JAMES BOHLIG, taken at the law
16   offices of Pepper Hamilton LLP, 3000
17   Two Logan Square, 18th and Arch
18   Streets, Philadelphia, Pennsylvania,
19   on Monday, October 27, 2003,
20   commencing at 12:46 p.m., before
21   Barbara McKeon Quinn, a Registered
22   Merit Reporter and Notary Public.
23
24
```

Page 2

```
 1   APPEARANCES:
 2   PHILLIP J. KATAUSKAS, ESQUIRE
         katauskasp@pepperlaw.com
 3       PEPPER HAMILTON LLP
         3000 Two Logan Square
 4       18th & Arch Streets
         Philadelphia, Pennsylvania  19103
 5       215-981-4000
         Counsel for Plaintiff
 6
     HEATHER E. RENNIE, ESQUIRE
 7   ADRIAN NEWALL, ESQUIRE
     (via telephone)
 8       ECKERT SEAMANS CHERIN & MELLOTT,
            LLC
 9       1515 Market Street, 9th Floor
         Philadelphia, Pennsylvania  19102
10       215-575-6000
         Counsel for Defendants, Atlantic
11       Recycled Rubber Inc., and Recovery
         Technologies Group Inc.
12
     BRIAN J. McCORMICK, JR., ESQUIRE
13       mcormickbj@bipc.com
         BUCHANAN INGERSOLL
14       Eleven Penn Center, 14th Floor
         1835 Market Street
15       Philadelphia, Pennsylvania  19103
         215-665-3957
16       Counsel for Defendant Casella
         Waste Systems, Inc.
17
     ALSO PRESENT:
18
         Michael Brennan, Esquire
19
20
21
22
23
24
```

Page 16

1  recycling?
2     A.   No.  We had not been
3  involved in cryogenic tire recycling
4  prior to December of '99.
5     Q.   Was it your understanding
6  just before and, of course, after the
7  acquisition of KTI in December of
8  '99, that KTI, Inc., or one of its
9  subsidiary companies, or more of its
10 subsidiary companies had experience
11 in cryogenic tire recycling?
12    A.   After we made an offer to
13 acquire, but prior to closing on KTI,
14 we became aware of their involvement
15 in a cryogenic tire operation in
16 Ontario, Canada.
17    Q.   If you'll take a look,
18 please, at the third page of Exhibit
19 1, which is Bates numbered C655,
20 there is an entity up on the row of
21 companies right under Casella Waste
22 Systems, Inc., that is identified as
23 Recovery Technologies Group, Inc.
24 First I want to make sure you can

1   find it.
2       A.   I have found it up about
3   the sixth block from the left, yes.
4       Q.   On page 655?
5       A.   Correct.
6       Q.   Now, I may be wrong, but if
7   I'm not, I think that's the first
8   time that that corporate entity, that
9   is, Recovery Technologies Group,
10  Inc., shows up on the Casella Waste
11  Systems Organizational Chart.
12           Does that jibe with your
13  memory of when you either acquired
14  or -- "you" being Casella -- either
15  acquired or created that company?
16      A.   Yes.  We, we, after
17  acquiring KTI, begin to appreciate
18  that we have kind of a disparate
19  product line organized around the
20  treatment of tires.  Some businesses,
21  i.e., Casella T.I.R.E.S. that we had
22  preceded KTI's acquisition; some
23  businesses were buried within the
24  organization as depicted within the

Page 18

1   KTI organization, and we viewed this
2   necessarily as a product line
3   imperative in order to begin to kind
4   of drive that business.
5           To put the entire tire
6   business under a single product line
7   with a single product line
8   management, and that gave new growth
9   to Recovery Technology, Inc., which
10  we then poured in Recovery
11  Technologies operations, Casella
12  T.I.R.E.S, Recovery Technology
13  Collection Services, the Ontario
14  operation, and the Recovery
15  Technology Canada operation, which
16  included Atlantic Recycled Rubber,
17  Prairie Rubber, and the last box
18  which I do not recognize.
19      Q.   The RECI?
20      A.   Yes.
21      Q.   I don't think I have any
22  questions about that.
23          Again, if I'm not mistaken,
24  the first time Atlantic Recycled