**EXHIBIT 6**

```
 1           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
 3   MLEA, INC.,
     as successor in interest to
 4   Engineered Gas Systems, LLP
     and
 5   Main Line Engineering
     Associates,
 6
               Plaintiff,
 7
        V.
 8
     ATLANTIC RECYCLED
 9   RUBBER, INC.
     and
10   RECOVERY TECHNOLOGIES
     GROUP, INC.
11   and
     CASELLA WASTE              CIVIL ACTION
12   SYSTEMS, INC.,             No. 02-CV-4393
13             Defendants.
14
15          Oral deposition of MARTIN
16   J. SERGI, held in the law offices of
17   Pepper Hamilton LLP, 3000 Two Logan
18   Square, Eighteenth and Arch Streets,
19   Philadelphia, Pennsylvania, held on
20   Friday, November 14, 2003, commencing
21   at 9:47 a.m., before Kathleen McHugh,
22   a Registered Professional Reporter
23   and Notary Public.
24
```

Page 2

```
 1   APPEARANCES:
 2   PEPPER HAMILTON LLP
         BY:  PHILIP J. KATAUSKAS, ESQUIRE
 3       3000 Two Logan Square
         Eighteenth and Arch Streets
 4       Philadelphia, Pennsylvania  19103
         Counsel for the Plaintiff
 5
     ECKERT SEAMANS CHERIN & MELLOT, LLC
 6       BY:  JOHN F. O'RIORDAN, ESQUIRE
         1515 Market Street
 7       Ninth Floor
         Philadelphia, Pennsylvania  19102
 8       Counsel for Atlantic Recycled
         Rubber, Inc.
 9       and Recovery Technologies Group,
         Inc.
10
     BUCHANAN INGERSOLL
11       BY:  BRIAN J. McCORMICK, JR.,
         ESQUIRE
12       Eleven Penn Center, 14th Floor
         1835 Market Street
13       Philadelphia, Pennsylvania  19103
         Counsel for Casella Waste Systems,
14       Inc.
15             EXAMINATION INDEX
16
     MARTIN J. SERGI
17       BY MR. KATAUSKAS    . . .     4
         BY MR. McCORMICK    . . .   139
18       BY MR. KATAUSKAS    . . .   142
         BY MR. McCORMICK    . . .   145
19       BY MR. KATAUSKAS    . . .   146
20
21              EXHIBIT INDEX
22                                  MARKED
     Sergi
23    1   Letter to Messer AGS from     4
          Anderson, 9/13/00
24        MLEA0000001
```

1  authorities in the September, 2000
2  time frame, did you have any
3  understanding of what that meant or
4  acceptance by meant?
5       A.   Yes.  The -- whenever we
6  build anything at any location, not
7  only as this says was the contingency
8  the leasing agreement which was
9  required since the funds didn't exist
10 at Atlantic, but also any time
11 there's a construction literally if
12 it's a smallest of facilities, and
13 this by no stretch of the imagination
14 was a small facility, needs local
15 building permits and needs Canadian
16 either provincial or even
17 potentially.  I don't know if there
18 was anything national that was
19 needed, so that's what I'm sure he
20 was looking at.
21      Q.   And you said the funds
22 didn't exist at Atlantic.  You mean
23 they didn't have the cash or other
24 financing wherewithal if you will to

1    purchase this turnkey liquid nitrogen
2    plant?
3        A.    Yes.  That's correct.
4        Q.    Were they solvent, do you
5    know?
6        A.    Atlantic was solvent in the
7    sense, if the question means that
8    they had had enough liquid assets to
9    pay their current bills, they were
10   solvent.
11       Q.    There's a reference to a --
12   in Mr. Anderson's letter to the
13   "completion of a leasing agreement."
14   In roughly the September 2000 time
15   frame, what did you understand that
16   leasing agreement to be?
17       A.    The leasing agreement was
18   the method under which Messer would
19   finance the facility.  And the
20   requirement of Atlantic of the Nova
21   Scotia facility was to commit to a
22   guaranteed purchase of liquid
23   nitrogen over a long-term and I
24   believe that was ten year requirement

1    can skip high school?
2        A.   Then it gets easy.  I have
3    a bachelor's in accounting from
4    St. John's University.  And then
5    professionally I have a certified
6    public accountant certificate from
7    the state of New York.
8        Q.   And Saint John's University
9    in New York?
10       A.   Yes.
11       Q.   And what year did you take
12   that?
13       A.   Graduated in 1979.
14       Q.   And no further formal
15   degrees?
16       A.   None.
17       Q.   And can you give me your
18   employment history, please?
19       A.   Sure.  I -- well, we'll do
20   it from St. John's because it's not
21   hard.
22       Q.   That would be helpful?
23       A.   I was with Ernst & Ernst,
24   became Ernst & Whinney, became Ernst

Page 94

1   & Young through '85.  Right actually

2   from -- I started with them in '77,

3   two years while I was at St. John's,

4   I also worked for Ernst.  And then

5   from 1985 until 1999 I was at KTI.

6   And --

7       Q.   KTI the parent?

8       A.   KTI the parent, yes.  KTI,

9   Inc.

10      Q.   And what were your

11  positions when you started with --

12      A.   I was hired as Chief

13  Financial Officer.

14      Q.   In '85?

15      A.   In '85.  And in 19 -- I

16  would say '96 or '97, one of those

17  two years, I became President CEO.

18           In the year late '99, when

19  the merger occurred with Casella, I

20  moved over to Casella as an Executive

21  Vice President and my area was

22  project development.  And then

23  from -- that ended in July of 2001

24  and on September 7th, 2001 I was in

1   essence re-employed by Recovery
2   Technologies Group.  Recovery
3   Technologies Group of course at one
4   time was part of Casella and KTI.
5       Q.   And your current position
6   is?
7       A.   President, CEO of Recovery
8   Technologies Group.
9       Q.   Located in where?
10      A.   Guttenberg, New Jersey.
11  7000 Boulevard East, Guttenberg, New
12  Jersey.
13          MR. KATAUSKAS:  Off the
14  record.
15          (Discussion off the
16  record.)
17          (Exhibit Sergi 6 was marked
18  for identification.)
19  BY MR. KATAUSKAS:
20      Q.   Mr. Sergi, you've been
21  handed Exhibit Number 6.  And it's
22  a memo on Recovery Technologies Group
23  letterhead from Mr. Riordan to you
24  and another of other people dated