**EXHIBIT 8**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MLEA, INC., | : |
|        Plaintiff, | :   CIVIL ACTION |
| v. | :   No. 02-CV-4393 |
| ATLANTIC RECYCLED RUBBER, INC., RECOVERY TECHNOLOGIES GROUP, INC., AND CASELLA WASTE SYSTEMS, INC. | : |
|        Defendants. | : |

## DECLARATION OF MICHAEL J. BRENNAN

I, Michael J. Brennan, Esquire, being of full age, make the following declaration pursuant to 28 U.S.C. § 1746, and so state as follows:

1. I am the Vice President and General Counsel for Casella Waste Systems, Inc. ("CWS"), a defendant in this matter. As such, I have personal knowledge of the facts set forth herein.

2. Between September 2001 and April 22, 2004, Casella RTG Investors Co., LLC held a 19.9% interest in RTG Holding Corporation. RTG Holding Corporation was the parent corporation of defendants Recovery Technology Group, Inc. and Atlantic Recycled Rubber, Inc.

3. On or about April 22, 2004, CWS, through a wholly owned subsidiary, Casella RTG Investors Co., LLC, transferred all of its rights, title and interest in RTG Holding Corporation to Crumb Rubber Investors Co., LLC.

4. Since April 22, 2004, neither CWS, nor any of its subsidiaries or affiliates, has possessed any stock or equity interest in or to RTG Holding Corporation or any subsidiary of

RTG Holding Corporation, including, but not limited to, defendants Recovery Technology Group, Inc. and Atlantic Recycled Rubber, Inc.

    5.    Further, as of April 22, 2004, neither CWS, nor any of its subsidiaries or affiliates, has any right to receive any payments, distributions or other financial or ownership benefits from RTG Holding Corporation or any subsidiary of RTG Holding Corporation.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct.

Dated: November 30, 2004            Michael J. Brennan