**Exhibit A**

Case 2:02-cv-04393-JS   Document 38-2   Filed 12/02/2004   Page 1 of 17

```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
 3
 4
 5
 6    MLEA, INC.,                CIVIL ACTION
 7         Plaintiff
 8      vs.
 9    ATLANTIC RECYCLED
      RUBBER INC.,
10    RECOVERY TECHNOLOGIES
      GROUP INC., AND CASELLA
11    WASTE SYSTEMS, INC.,
12         Defendants            NO. 02-CV-4393
13
14           Telephone deposition of
15    JAMES BOHLIG, taken at the law
16    offices of Pepper Hamilton LLP, 3000
17    Two Logan Square, 18th and Arch
18    Streets, Philadelphia, Pennsylvania,
19    on Monday, October 27, 2003,
20    commencing at 12:46 p.m., before
21    Barbara McKeon Quinn, a Registered
22    Merit Reporter and Notary Public.
23
24
```

Page 2

```
 1    APPEARANCES:
 2    PHILLIP J. KATAUSKAS, ESQUIRE
          katauskasp@pepperlaw.com
 3        PEPPER HAMILTON LLP
          3000 Two Logan Square
 4        18th & Arch Streets
          Philadelphia, Pennsylvania  19103
 5        215-981-4000
          Counsel for Plaintiff
 6
      HEATHER E. RENNIE, ESQUIRE
 7    ADRIAN NEWALL, ESQUIRE
      (via telephone)
 8        ECKERT SEAMANS CHERIN & MELLOTT,
            LLC
 9        1515 Market Street, 9th Floor
          Philadelphia, Pennsylvania  19102
10        215-575-6000
          Counsel for Defendants, Atlantic
11        Recycled Rubber Inc., and Recovery
          Technologies Group Inc.
12
      BRIAN J. McCORMICK, JR., ESQUIRE
13        mcormickbj@bipc.com
          BUCHANAN INGERSOLL
14        Eleven Penn Center, 14th Floor
          1835 Market Street
15        Philadelphia, Pennsylvania  19103
          215-665-3957
16        Counsel for Defendant Casella
          Waste Systems, Inc.
17
      ALSO PRESENT:
18
          Michael Brennan, Esquire
19
20
21
22
23
24
```

Page 12

1   A.   That's correct.  We closed
2   on the KTI position as of December of
3   1999, and the fundamental difference
4   in the two charts, certainly a
5   material difference, is the inclusion
6   of those acquisitions, properties
7   that were held by KTI when we
8   purchased them.
9        There may be some solid
10  waste changes as well that occurred
11  during that course of that year as
12  well, but principally the driving
13  change was KTI.
14  Q.   Can you explain in general
15  what led Casella Waste Systems, Inc.,
16  to acquire the KTI entities?
17       MR. McCORMICK:  Object to
18  form.  You can answer.
19       THE WITNESS:  KTI was a
20  recycling resource development
21  corporation with excessive operations
22  in recycling, but had also, from
23  their initial development, had
24  acquired significant municipal solid

1   waste operations, particularly in New
2   England and particularly in the State
3   of Maine through their ownership or
4   part ownership of the Maine Energy
5   facility, the PERC facility, and
6   several hauling transfer and other
7   related operations.
8              We were attracted to the
9   opportunity for filling in our solid
10  waste operations, particularly in
11  Maine, and the assets which they had
12  we felt were significant long-term
13  assets to complement our existing
14  operations.
15             Additionally, being a
16  company located in Vermont with our
17  roots here, we've always had a very
18  high respect for recycling and the
19  aspect that that would play long-term
20  in municipal solid waste operations,
21  and so we were uniquely kind of
22  attracted to their recycling
23  operations, particularly fiber and
24  traditional municipal solid waste

1    recycling operations, and saw many of
2    those operations as potential
3    seedings of places for us to invest
4    and continue to grow our solid waste
5    operation.
6           So we viewed KTI as a
7    hundred million dollar municipal
8    solid waste acquisition with a number
9    of other businesses that might, might
10   complement our overall growth plan.
11          MR. KATAUSKAS:  Let me just
12   take care of a housekeeping matter
13   that I should have taken care of up
14   front.  I'd like to mark as Exhibit 2
15   my September 26, 2003 letter to Brian
16   McCormick.
17          Do you have that, Brian?
18          MR. McCORMICK:  Yes.  I've
19   given it to Mr. Bohlig.
20          MR. KATAUSKAS:  Okay.
21   Heather, do you have it?
22          MS. RENNIE:  Yes.  Thank
23   you.
24   BY MR. KATAUSKAS:

1    Q.   Jim, have you seen this
2    letter before today?
3    A.   No.  I've not seen it until
4    just this second ago.
5         MR. KATAUSKAS:  Well, this
6    question is really for Brian.  And
7    that is, Brian, is Mr. Bohlig being
8    offered as a witness in response to
9    my Rule 30(b)(6) Notice as
10   supplemented by this letter?
11        MR. McCORMICK:  Yes, he is.
12        MR. KATAUSKAS:  Let me have
13   Barbara mark this.
14        (Exhibit Bohlig 2 was
15   marked for identification.)
16   BY MR. KATAUSKAS:
17   Q.   Okay.  Let's go back to
18   Exhibit 1.  Jim, before the
19   acquisition of KTI, Inc., and its
20   related entities in December of 1999,
21   had Casella Waste Systems, Inc., or
22   any of its subsidiaries that are
23   shown on the first page of Exhibit 1
24   engaged in any cryogenic tire

1    find it.
2        A.    I have found it up about
3    the sixth block from the left, yes.
4        Q.    On page 655?
5        A.    Correct.
6        Q.    Now, I may be wrong, but if
7    I'm not, I think that's the first
8    time that that corporate entity, that
9    is, Recovery Technologies Group,
10   Inc., shows up on the Casella Waste
11   Systems Organizational Chart.
12              Does that jibe with your
13   memory of when you either acquired
14   or -- "you" being Casella -- either
15   acquired or created that company?
16       A.    Yes.  We, we, after
17   acquiring KTI, begin to appreciate
18   that we have kind of a disparate
19   product line organized around the
20   treatment of tires.  Some businesses,
21   i.e., Casella T.I.R.E.S. that we had
22   preceded KTI's acquisition; some
23   businesses were buried within the
24   organization as depicted within the

Page 18

1   KTI organization, and we viewed this
2   necessarily as a product line
3   imperative in order to begin to kind
4   of drive that business.
5           To put the entire tire
6   business under a single product line
7   with a single product line
8   management, and that gave new growth
9   to Recovery Technology, Inc., which
10  we then poured in Recovery
11  Technologies operations, Casella
12  T.I.R.E.S, Recovery Technology
13  Collection Services, the Ontario
14  operation, and the Recovery
15  Technology Canada operation, which
16  included Atlantic Recycled Rubber,
17  Prairie Rubber, and the last box
18  which I do not recognize.
19      Q.   The RECI?
20      A.   Yes.
21      Q.   I don't think I have any
22  questions about that.
23          Again, if I'm not mistaken,
24  the first time Atlantic Recycled

1   Rubber, Inc., shows up in a Casella
2   Waste Systems organizational chart is
3   in the April 30, 2001 chart.
4           Again, I'm not trying to
5   sandbag you; you can take your time
6   and check those charts the way I did,
7   and then let me know when you're
8   ready before you answer.
9       A.  Okay.  Well, of the four
10  charts given to me, it appears that
11  Atlantic Recycled Rubber does appear
12  first in Exhibit 655, which is dated
13  April 3rd, 2001.
14      Q.  Now, going back to the
15  subject of Recovery Technologies
16  Group, Inc., I'm trying to understand
17  your testimony.
18          The use of that corporate
19  entity was an effort to consolidate
20  tire recycling operations?
21          MR. McCORMICK:  Object to
22  the form, but you can answer.
23          THE WITNESS:  It was an
24  effort to create a single product

Page 20

1    line operation centered around the

2    treatment of tires.

3    BY MR. KATAUSKAS:

4        Q.   Okay.

5        A.   And in doing so, to prepare

6    it for sale from the corporation.

7        Q.   I'm sorry.  Just repeat the

8    last part, Jim.

9        A.   And to prepare it for

10   monetization from Casella.

11       Q.   Did you say modernization?

12       A.   Monetization, to sell it to

13   recover money for it.

14       Q.   Got it.  Monetizing.  Okay.

15       A.   Monetization.

16       Q.   Monetization, okay.  Was

17   Recovery Technologies, Group, Inc.,

18   formed or did Casella acquire an

19   existing corporation?  If you recall.

20       A.   My recollection is that we

21   chose to bring all of four or five

22   businesses into, into a single entity

23   under a single, you know, product

24   line.  And so we, we did that by

Page 22

1  there's the entity called Atlantic
2  Recycled Rubber, Inc.
3          In or about April 30, 2001,
4  what was your level of knowledge
5  about that company?
6          MR. McCORMICK:  Object to
7  the form.  Meaning?
8          MR. KATAUSKAS:  What did he
9  do know it?
10         MR. McCORMICK:  He, Mr.
11 Bohlig, individually or Mr. Bohlig as
12 the 30(b)(6) rep or?
13         MR. KATAUSKAS:  He's only
14 got one brain, Brian.  What he knew
15 in his capacity as president and COO.
16         MR. McCORMICK:  Okay.
17         THE WITNESS:  I knew it as
18 the operating entity in Nova Scotia
19 that was administering a long-term
20 tire disposal in a management
21 contract with the province of Nova
22 Scotia.
23 BY MR. KATAUSKAS:
24    Q.   Just so I understand this

Page 23

1  chart, again, we're on the April 30,
2  2001 chart, does the solid line that
3  runs from Recovery Technologies
4  Group, Inc., to Recovery Technologies
5  Canada, Inc., does that indicate that
6  the Recovery Technologies Canada,
7  Inc., is a wholly owned subsidiary of
8  Recovery Technologies Group, Inc.?
9      A.   Recovery Technologies
10 Canada, Inc., was held by Recovery
11 Technologies Group, Inc., and I
12 believe that Atlantic Recycled Rubber
13 was wholly owned and, and held by
14 Recovery Technologies, Canada.
15     Q.   When you said that Recovery
16 Technologies Canada, Inc., was held
17 by Recovery Technologies Group, Inc.,
18 did you also mean that to mean a
19 wholly owned subsidiary of Recovery
20 Technologies Group, Inc.?
21     A.   I, I believe that that
22 is -- I believe that this chart
23 attempted to reflect both
24 organizational space as well as how

Page 24

1  the entities were actually held.
2      Q.   And so is it your
3  understanding that the Recovery
4  Technologies Canada, Inc., as of this
5  date was wholly owned by Recovery
6  Technologies Group, Inc.?
7      A.   I believe it was.
8      Q.   Same question or similar
9  question actually.  Was Recovery
10 Technologies Group, Inc., wholly
11 owned by Casella Waste Systems, Inc.,
12 as of April 30, 2001?
13     A.   Yes.
14     Q.   Now, look at the last page
15 of Exhibit 1, please, which is the
16 April 30, 2002 Organizational Chart.
17 On this chart, Recovery Technologies
18 Group, Inc., appears up in the upper
19 right-hand corner, the third box down
20 from the right; is that correct, just
21 to locate it?
22     A.   It does, yes, that's
23 correct, on 656.
24     Q.   Now, if I'm understanding

Page 25

1  these charts, between April 30, 2001
2  and April 30, 2002, there has been
3  inserted, for lack of a better word,
4  in these charts two entities in
5  between Casella Waste Systems, Inc.,
6  and Recovery Technologies Group, Inc.
7  I'll start that for a foundational
8  question. Is that correct?
9       A.   That's correct.
10      Q.   And the two entities that
11 have been inserted, if you will, are
12 Casella RTG Investors Co., LLC and
13 below it RTG Holdings Corporation
14 (19.9 percent), right?
15      A.   Correct.
16      Q.   Again, I'll use the term
17 restructuring. What led to that
18 restructuring?
19      A.   Well, first just April 30th
20 is our year, our fiscal year end. So
21 that's the significance of the date
22 on these organization charts. And
23 therefore, between our fiscal 2001,
24 which would be April 30, 2001 fiscal

1   year ending and fiscal year 2002,
2   which is April 30th, 2002, we entered
3   into and sold 80.1 percent of the
4   Recovery Technologies Group to a
5   third party's investor who I think
6   used RTG Holdings Corp. as the
7   vehicle to make that investment, and
8   we retained a 19.9 percent interest
9   in that business upon that transfer.
10      Q.   Okay.  Thank you.  I was
11  going to ask you what the 19.9
12  percent meant.  Who's we holding 19.9
13  percent?
14      A.   Casella RTG Investors LLC
15  retains a 19.9 percent interest in
16  the entity that was formed to
17  purchase Recovery Technologies Group,
18  and that entity was RTG Holdings
19  Corporation, a corporation formed by
20  Angelo Gordon who was the purchaser
21  of the 80.1 percent or 80.5 percent
22  interest.
23      Q.   Going back to the time
24  frame of April 30, 2001, and looking

Page 27

1  at the Atlantic Recycled Rubber,
2  Inc., box for reference, do you know
3  where Atlantic Recycled Rubber, Inc.,
4  had any operations or facilities as
5  of April 30, 2001?
6      A.   Well, I know that they had
7  operations in Nova Scotia, and there
8  were two locations, one that
9  originated with the original purchase
10 of Atlantic Recycled Rubber.  I don't
11 know if -- I've been to both sites.
12 I don't know when or how long both
13 sites continued, but eventually it
14 continued -- but eventually, I think
15 most of the operations were
16 consolidated on a single site at the,
17 at the facility in which the new
18 Crumb Rubber operation was built.
19     Q.   Would that be in Truro?
20     A.   Yes.
21     Q.   You say, or did you say you
22 visited the Atlantic Recycled Rubber
23 facility in Truro?
24     A.   I did.