IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MLEA, INC.<br>*AS SUCCESSOR IN INTEREST TO*<br>*ENGINEERED GAS SYSTEMS, LLP*<br>*AND MAIN LINE ENGINEERING*<br>*ASSOCIATES*<br><br>VS.<br><br>ATLANTIC RECYCLED RUBBER<br>INC., ET AL | :<br>:<br>:<br>:<br>:     CIVIL ACTION<br>:     NO.  02-4393<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this 15th day of MARCH, 2005, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the late Honorable James McGirr Kelly to the calendar of the Honorable Juan R. Sánchez.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court