IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MLEA, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-4393 |
| | : | |
| ATLANTIC RECYCLED RUBBER INC. | : | |
| et al. | : | |

## ORDER

And now this 24th day of May, 2005, it is hereby ORDERED that Defendant Casella Waste System's Motion for Summary Judgment (Document 18) is GRANTED. Judgment is entered in favor of Defendant Casella Waste Systems, Inc.

BY THE COURT:

Juan R. Sánchez, J.