IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MLEA, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-4393 |
| | : | |
| ATLANTIC RECYCLED RUBBER INC. | : | |
| et al. | : | |

**ORDER**

And now this 16th of June, 2005, it is hereby ORDERED that a Status/Settlement Conference will be held in the above-captioned matter on August 9, 2005, at 9:00 a.m. in Courtroom TBA (parties to call chambers the day before).

BY THE COURT:

_____
Juan R. Sánchez, J.