IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MLEA, INC., as successor in interest to Engineered Gas Systems, LLP and Main Line Engineering Associates<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ATLANTIC RECYCLED RUBBER, INC.<br><br>　　and<br><br>RECOVERY TECHNOLOGIES GROUP, INC.<br><br>　　and<br><br>CASELLA WASTE SYSTEMS, INC.<br><br>　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 02 CV 4393 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

　　Kindly withdraw the appearance of Heather E. Rennie, Esquire on behalf of Defendants Recovery Technologies Group, Inc. and Atlantic Recycled Rubber, Inc. in the above-captioned matter.

|  |  |
|---|---|
|  | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| Dated: June 17, 2005 | By: *Heather E. Rennie* /per<br>Heather E. Rennie<br>Attorney I.D. No. 69715<br>1515 Market Street, Ninth Floor<br>Philadelphia, PA 19102<br>215/851-8400 |
|  | Attorney for Defendants Recovery Technologies Group, Inc. and Atlantic Recycled Rubber, Inc. |

M0513944

2