## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2005 a true and correct copy of the foregoing Withdrawal of Appearance was served via first class mail upon the following counsel of record:

>Philip J. Katauskas, Esquire
>Pepper Hamilton LLP
>3000 Two Logan Square
>18th and Arch Streets
>Philadelphia, PA  19103-2799
>
>Attorney for Plaintiff MLEA, Inc.
>
>
>Antoinette R. Stone, Esquire
>Brian J. McCormick, Jr., Esquire
>Buchanan Ingersoll, P.C.
>Eleven Penn Center
>1835 Market Street, 14th Floor
>Philadelphia, PA  19103-2985
>
>Attorneys for Defendant Casella Waste Systems, Inc.

_____
Heather E. Rennie